UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 5:26-cv-02323-SVW-ACCV | | Date | May 20, 2026 |
|---|---|---|---|---|
| Title | *Osbaldo Ruiz Perez v. Todd Lyons et al* | | | |

Present: The Honorable    STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**    ORDER GRANTING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER [2]

The Court has reviewed Petitioner Perez's motion requesting a temporary restraining order. ECF No. 2. Since the Government agrees that this Petitioner falls within the class as described in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025), *see* ECF No. 7, the Court concludes that Petitioner is entitled to the relief encompassed by the final judgment therein. *Bautista* at ECF No. 94.

Accordingly, Respondents are ORDERED to provide Petitioner an individualized bond hearing before an immigration judge within 7 days or otherwise release Petitioner from custody under the same conditions that existed before Petitioner's detention. Respondents are ORDERED to provide a Notice of Compliance within 7 days of providing Petitioner with a bond redetermination hearing.

**IT IS SO ORDERED.**

:

Initials of Preparer    DTA